(December 7, 1961)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS GRUBBS, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.